# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMI ROSE, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-4489 |
| : | |
| JESSICA ALTMAN, : | |
|     Defendant. : | |

## ORDER

AND NOW, this 21st day of November, 2019, upon consideration of Plaintiff Jimi Rose's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), Motion for Injunctive Relief (ECF No. 4) and "Motion and Request for Court Ruling" (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons in the Court's Memorandum.

4. The Motion for Injunctive Relief is **DENIED**.

5. The "Motion and Request for Court Ruling" is **DENIED AS MOOT**.

6. The Clerk of Court shall **CLOSE** this case.

                                                            **BY THE COURT:**

                                                            /s/ Jeffrey L. Schmehl
                                                    **JEFFREY L. SCHMEHL, J.**